HECTER DE CASTRO, Appellant; *v.* COMPAGNIE FRANCAISE DU TÉLÉGRAPHE DE PARIS À NEW YORK, Respondent.

*De Castro* v. *Compagnie Francaise*, 85 Hun, 231, affirmed.
(Argued March 21, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered April 6, 1895, upon an order overruling plaintiff's exceptions, ordered to be heard in the first instance at General Term, and directing a judgment for defendant upon a verdict directed by the court.

*Eugene G. Kremer* for appellant.

*Edward K. Jones* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.

---

FREDERICK MEAD, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

*Mead* v. *N. Y. Elevated R. R. Co.*, 12 Misc. Rep. 646, affirmed.
(Argued March 21, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered May 10, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Julien T. Davies* and *J. Osgood Nichols* for appellants.

*Joseph H. Choate* and *William V. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.